# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ADONIUS WOOLARD,

        Petitioner

        v.

COURT OF COMMON PLEAS COUNTY
OF PHILADELPHIA ET AL., SUPERIOR
COURT OF PENNSYLVANIA EASTERN
DISTRICT ET AL., ATTORNEY GENERAL
FOR THE COMMONWEALTH OF
PENNSYLVANIA ET AL.,

        Respondents

No. 108 EM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2015, the Application for Leave to File Original Process is **GRANTED**. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief seeks to compel the common pleas court's compliance with the Superior Court's January 29, 2015, remand order, that petition is **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to comply with the Superior Court's remand order within 30 days.